```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,             :

          -v.-                        :     NOLLE PROSEQUI

MARIA ALFONSIA POLO,                  :     07 Cr. 753-6 (AKH)

          Defendant.                  :
- - - - - - - - - - - - - - - - - - - x
```

1. The filing of this <u>nolle prosequi</u> will dispose of this case with respect to MARIA ALFONSIA POLO, the defendant.

2. On August 13, 2007, Indictment 07 Cr. 753 was filed, charging FELIX MARIZAN-BRITO, a/k/a "Jose Miguel Gonzalez," JOSE EMENEGILDO MEJIA-VOLQUEZ, a/k/a "Mejias Giovanni," CARLOS ROBLES, MANUEL BALDERA, DILENNY MERCEDES DUARTE, MARIA ALFONSIA POLO, MARIA EDUVIGIS POLO, and ANTONIA BETREIZ POLO, the defendants, with unlawfully, intentionally, and knowingly conspiring to distribute, and possess with intent to distribute, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 846.

3. Based on a review of the evidence in the case and information pertaining to this defendant subsequent to the filing of the indictment, it has been concluded that further prosecution of MARIA ALFONISA POLO would not be in the interest of justice.

4. In light of the foregoing, we recommend that an

order of <u>nolle prosequi</u> be filed as to defendant MARIA ALFONSIA POLO with respect to Indictment 07 Cr. 753.

                                        _____
                                        MARSHALL A. CAMP / JULIAN J. MOORE
                                        Assistant United States Attorneys
                                        (212) 637-1035 / (212) 637-2473

Dated:    New York, New York
            September 21, 2007

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to defendant MARIA ALFONSIA POLO with respect to Indictment 07 Cr. 753.

                                                MICHAEL J. GARCIA
                                                United States Attorney
                                                Southern District of New York

Dated:     New York, New York
            September 26, 2007

SO ORDERED:

                                                HON. ALVIN K. HELLERSTEIN
                                                United States District Judge
                                                Southern District of New York

Dated:     New York, New York
            September ___, 2007
            Oct. 2

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**MARIA ALFONSIA POLO,**

**Defendant.**

**NOLLE PROSEQUI**

07 Cr. 753-6 (AKH)

(Title 21, United States Code, Section 846.)

                        MICHAEL J. GARCIA
                United States Attorney.